BEFORE THE THIRD DIVISION, OCTOBER 4, 1951

No. 55911.—Railway Express Agency v. United States, petition 6789–R (Galveston).

Opinion by EKWALL, J. At the hearing, petitioner's witness testified that the appraiser had added the cost of packing to the entered values in order to arrive at the proper dutiable value, although such packing charges were included in the entered values. On the record presented it was held that there was no intention to defraud the Government or to deceive the customs officials. The petition was therefore granted.